USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/11/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS SANCHEZ, on behalf of himself and others similarly situated,

            Plaintiff,

v.

CHERRY LANE PARTNERS, LLC, *et al.*,

            Defendants.

No. 18-CV-2806 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated at today's phone conference, the Court approves the parties' settlement agreement. The Court dismisses the Complaint with prejudice in accordance with the settlement agreement. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    December 11, 2018
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge